UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-80180-CIV-SINGHAL/MAYNARD

MATTHEW ORSO *et al.*,

     Plaintiffs,

vs.

TODD DISNER *et al.*,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Defendant Serge Bozieux's Claim of Exemption and Request for Hearing (DE [22]), which was referred to the magistrate judge for Report and Recommendation.   The magistrate judge issued a Report and Recommendation (DE [24]) on March 28, 2024, recommending that the underlying Writ of Garnishment issued on Bank of America (DE [19]) be dissolved and the Claim of Exemption (DE [22]) be denied as moot.  The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [24]) is **AFFIRMED** and **ADOPTED.**  The Clerk of the Court is **DIRECTED** to **DISSOLVE** the Writ of Garnishment issued on Bank of America (DE [19]). Defendant Serge Bozieux's Claim of Exemption and Request for Hearing (DE [22]) is

**DENIED AS MOOT**.

  **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of May

2024.

               _____

               RAAG SINGHAL
               UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
and by US Mail to Defendant:

  Serge Bozieux
  236 SW 8th Avenue
  Boynton Beach, FL 33435